## Anna Hiller, Plaintiff in Error, v. Adolph Holman et al., Defendants in Error.

### Gen. No. 21,761.  (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. OSCAR E. HEARD, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded with directions. Opinion filed March 8, 1917. Rehearing denied March 19, 1917.

### Statement of the Case.

Suit by Anna Hiller, complainant, against Adolph Holman and others, defendants, for accounting and cancellation of two trust deeds. From a decree approving an account stated by the master and canceling one of the deeds, complainant brings error.

WILLIAM SCHWEMM and AUSTIN J. ROONEY, for plaintiff in error.

STEDMAN & SOELKE, for defendants in error.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

1. EQUITY, § 498*—*when decree based upon master's report is erroneous.* Where a master in chancery to whom a suit was re-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ferred by the court to take proofs and report his conclusions upon the law and the facts, reported that a certain trust deed in question was not an equitable lien upon the premises involved and recommended that it be set aside and declared null and void, and his report was approved, *held* that a decree failing to set aside such deed was erroneous.

2. EQUITY, § 427*—*when question of correctness of master's report and merits of case may not be considered.* Where the master's report in a suit was approved, on motion of the party excepting thereto, *held* that the correctness of such report and the merits of the case would not be proper subjects for argument on writ of error for failure of the decree rendered, on such report to conform thereto.